UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In Re:

**Jeffrey L. Wainwright**     Case No. **12-31653 RAG**
**Amber J. Wainwright**       Chapter 13
        Debtor(s)

## MOTION TO DISMISS AND
## NOTICE OF OPPORTUNITY FOR A HEARING

Nancy Spencer Grigsby, Chapter 13 Trustee in the above-captioned case ("Trustee"), pursuant to section 1307(c) of the Bankruptcy Code and Bankruptcy Rule 1017(f), requests the court to dismiss this case. In support of her request, the Trustee respectfully represents the following:

1. The Debtor commenced this case under Chapter 13 on December 4, 2012. The Plan as confirmed submits to the Trustee for the execution of the Plan the Debtor's future earnings of $240 per month for seven months; then $320 per month for fifty-three months. The total gross funding is $18,640.

2. Given the size of the allowed claims filed, the Plan is underfunded. Specifically, on August 13, 2014 the Department of the Treasury/Internal Revenue Service filed an amended claim increasing the Priority portion of their claim to $5,213.42, which is $3,235 higher than the claim at the time of confirmation. The Plan does not contain sufficient funding to pay this amended claim.

WHEREFORE, the Trustee moves that the subject case be dismissed pursuant to 11 U.S.C. 1307(c).

                                                          Respectfully submitted,

Date:  August 29, 2014          **/s/ Nancy Spencer Grigsby**
                                                      Nancy Spencer Grigsby
                                                      Chapter 13 Trustee
                                                      4201 Mitchellville Road #401
                                                      Bowie, Maryland 20716
                                                      ngrigsby@ch13md.com

## NOTICE OF OPPORTUNITY TO REQUEST A HEARING
## TO THE DEBTOR'S ATTORNEY OF RECORD:

      You are notified of the filing of the foregoing Motion by the Trustee stating that you have caused unreasonable delay in these proceedings which is prejudicial to creditors and requesting that the subject case be dismissed pursuant to 11 U.S.C. Sec. 1307(c).

      You are further notified that unless a responsive pleading stating facts which controvert, justify or explain the Trustee's allegation be filed and a copy of said pleading be served upon the Trustee **within Twenty-One (21) days** from the date of this Motion, this case will be dismissed on such date and the case will be closed.

## CERTIFICATE OF SERVICE

      I hereby certify that the Motion to Dismiss and Opportunity for a Hearing was served on **August 29, 2014** electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and/or by first class mail, postage prepaid to:

Jeffrey L. Wainwright
Amber J. Wainwright
2410 Taylorbrook Road
Joppa, MD 21085
*Debtor(s)*

Robert M. Stahl, Esquire
1142 York Road
Lutherville, MD 21093
*Attorney for Debtor(s)*

                                                         **/s/ Nancy Spencer Grigsby**
                                                       Chapter 13 Trustee