UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | |
|---|---|
| IN RE:<br><br>Jeffrey L. Wainwright<br>Amber J Wainwright<br>         DEBTOR(S) | Case No.: 12-31653<br>Chapter 7 |
| Munciple Employees Federal Credit Union,<br>by LoanCare, A ServiceLink company,<br>Servicing Agent<br>         MOVANT<br>           vs.<br>Jeffrey L. Wainwright<br>Amber J Wainwright<br><br>and<br>George W. Liebmann, Trustee<br>         RESPONDENT(S) | |

### MOTION SEEKING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 2410 TAYLOR BROOK LANE, JOPPA, MD 21085

   Munciple Employees Federal Credit Union, by LoanCare, A ServiceLink company, Servicing Agent (hereinafter MOVANT), by its undersigned counsel, files this MOTION SEEKING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 2410 TAYLOR BROOK LANE, JOPPA, MD 21085, pursuant to 11 U.S.C. SECS. 362 which is a core proceeding pursuant to 28 U.S.C. SEC. 157, and for reasons states as follows:

### ONE

   That the above-named Debtor(s) Jeffrey L. Wainwright, and Amber J Wainwright (hereinafter "DEBTOR(S)") initiated proceedings in this Court seeking relief under Chapter 7 of 11 U.S.C.

### TWO

   That the above-named George W. Liebmann was appointed Interim Trustee of the Estate of the Debtor(s), is duly qualified, and is so acting.

### THREE

   That MOVANT is the holder and/or servicer of a Note secured by a Deed of Trust, which encumbers the real property known as 2410 Taylor Brook Lane, Joppa, MD 21085 (the "property") (see attached Exhibit "A"), presently owned by the DEBTOR(S), in the approximate principal amount of $151,914.24, plus interest, late charges and other costs. Said Instrument is recorded among the Land Records of Harford County, Maryland.

Cohn, Goldberg & Deutsch, LLC

Attorneys at Law
600 Baltimore Avenue
Suite 208
Towson, MD 21204

410-296-2550

File #: 300890

### FOUR

That the DEBTOR(S) is/are in default in payment of the Deed of Trust Note to MOVANT; said default involving non-payment of SIX (6) post-petition payment(s) for the period of August, 2015, through February, 2016, in the amount of $9,750.09, plus late charges, plus any additional payments and late charges thereon that may fall due after the filing of this motion, plus attorney's fees and costs.

### FIVE

That MOVANT believes and avers that its security interest concerning the property is not adequately protected.

### SIX

That the DEBTOR(S) has/have little or no equity in the property and the property is not necessary to an effective reorganization.

### SEVEN

That MOVANT has been and continues to be irreparably injured by the Stay of S. 362(a) of the Bankruptcy Code which prevents the MOVANT from enforcing its right under its Deed of Trust.

WHEREFORE, MOVANT, prays this Honorable Court grant the following relief:

A. That the Court enter an Order lifting the Stay of S. 362 to enable Munciple Employees Federal Credit Union, or its successors and assigns, to enforce its rights under its Deed of Trust, which would enable it to foreclose on the property.

B. That the Court grant such other and further relief as may be necessary.

/s/ Richard J. Rogers
Richard J. Rogers, Esquire
Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204
410-296-2550
Fax: 410-296-2558
Email: bankruptcyecf@cgd-law.com
Federal Bar #: 01980 (MD)
Attorney for Movant

Cohn, Goldberg & Deutsch, LLC

Attorneys at Law
600 Baltimore Avenue
Suite 208
Towson, MD 21204

410-296-2550

File #: 300890

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

| | |
|---|---|
| IN RE:<br><br>Jeffrey L. Wainwright<br>Amber J Wainwright<br>    DEBTOR(S) | Case No.: 12-31653<br>Chapter 7 |
| Munciple Employees Federal Credit Union,<br>by LoanCare, A ServiceLink company,<br>Servicing Agent<br>    MOVANT<br>    vs.<br>Jeffrey L. Wainwright<br>Amber J Wainwright<br><br>and<br>George W. Liebmann, Trustee<br>    RESPONDENT(S) | |

### * * * * CERTIFICATION OF SERVICE * * * * 
### ON
### MOTION SEEKING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 2410 TAYLOR BROOK LANE, JOPPA, MD 21085

   I, the undersigned counsel of COHN, GOLDBERG & DEUTSCH, LLC, 600 BALTIMORE AVENUE, SUITE 208, TOWSON, MD 21204, certify that I am, and at all times hereinafter mentioned was, 18 years of age and that on February 16, 2016, I served a copy of the MOTION SEEKING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 2410 TAYLOR BROOK LANE, JOPPA, MD 21085, by FIRST CLASS MAIL, and/or ELECTRONIC FILING NOTIFICATION, on the respondent(s) in this proceeding to:

Jeffrey L. Wainwright
2410 Taylor Brook Lane
Joppa, MD 21085

Amber J Wainwright
2410 Taylor Brook Lane
Joppa, MD 21085

| | |
|---|---|
| and respondent(s)' counsel:<br>Robert M Stahl, IV, Esquire<br>1142 York Road<br>Lutherville, MD 21093 | George W. Liebmann, Trustee<br>8 W Hamilton Street<br>Baltimore, MD 21201 |

COHN, GOLDBERG & DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 300890

I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2016                     /s/ Richard J. Rogers
                                                                                           Richard J. Rogers, Esquire
                                                                                           Cohn, Goldberg & Deutsch, LLC
                                                                                           600 Baltimore Avenue, Suite 208
                                                                                           Towson, MD  21204
                                                                                           410-296-2550
                                                                                           Fax: 410-296-2558
                                                                                           Email: bankruptcyecf@cgd-law.com
                                                                                           Federal Bar #: 01980 (MD)

COHN, GOLDBERG &
DEUTSCH, LLC

ATTORNEYS AT LAW
600 BALTIMORE AVENUE
SUITE 208
TOWSON, MD 21204

410-296-2550

File #: 300890